IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT BARNES :

    Petitioner :

v : Civil Action No. WMN-07-960
(Related Crim. Case WMN-02-105)

UNITED STATES OF AMERICA :

    (ECF Exempt)

    Respondent :

oOo

**ORDER**

For the reasons stated in the foregoing Memorandum, it is this 19th day of June, 2007, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner's Motion to Vacate, Paper No. 42, IS DISMISSED;

2. Petitioner's Motion to Correct Illegal Sentence, Paper No. 45, IS DENIED;

3. The Clerk SHALL MAIL a copy of the foregoing Memorandum and a copy of this Order to Petitioner; and

4. The Clerk SHALL CLOSE this case.

                                                  William M. Nickerson
                                                Senior United States District Judge